# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                    dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                    ltrust@osbornlawpc.com

December 3, 2025

**VIA ECF**

Application GRANTED. SO ORDERED.
Dated: December 4, 2025

Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *Crosbie v. Commissioner of Social Security,*
       Civil Action 1:25-cv-05211-SDA

Dear Judge Aaron,

We write on behalf of plaintiff, Philecia Kerrie Crosbie, and with the consent of the defendant, to respectfully propose scheduling deadlines in this case consistent with the Court's October 2, 2025 Amended Standing Order.

On October 2, 2025, Chief Judge Swain entered an Amended Standing Order staying certain deadlines in civil cases where the Government is a party considering the lapse in funding to the U.S. Department of Justice. *In Re: Stay of Certain Civil Cases Pending the Restoration of Department of Justice Funding,* Case No. 25-MC-433, Dkt. No. 3. The Amended Standing Order presumptively stayed all civil cases (other than civil forfeiture cases, immigration cases, habeas petitions, or cases requesting temporary restraining orders or other emergency relief) in which the United States Attorneys' Office for the Southern District of New York represents the United States (or its agencies) until the day after the restoration of funding. It further extended all deadlines "for a period of time equal to the number of calendar days between September 30, 2025 and" the restoration of funding. The lapse in appropriations, which ended with legislation signed by the President on November 12, 2025, lasted 43 days. Thus, in accordance with the Amended Standing Order, it is submitted that all deadlines in this case have been extended thus far for a total of 43 days.

43 West 43rd Street, Suite 131          Telephone 212-725-9800          osbornlawpc.com
New York, New York 10036               Facsimile  212-500-5115          info@osbornlawpc.com

Honorable Stewart D. Aaron
December 3, 2025
Page 2

Pursuant to the Amended Standing Order, the Commissioner produced the administrative record on **November 20, 2025** and the deadline for Plaintiff's motion for judgment on the pleadings is now **January 20, 2026**. Because the administrative transcript is over 10,000 pages, and Plaintiff's counsel now has numerous overlapping of deadlines caused by the lapse in funding, with Defendant's consent, Plaintiff respectfully requests that the Court extend this deadline by an additional 60-days.

Subject to the approval of the Court, the amended briefing schedule would be as follows:

1. Plaintiff to file her motion for judgment on the pleadings on or before: **March 21, 2026**;

2. Defendant to file its response to plaintiff's motion/cross motion on or before: **May 20, 2026**; and

3. Plaintiff to file her reply, if any, on or before: **June 3, 2026.**

Thank you for your consideration of this request.

Respectfully submitted,

s/Daniel A. Osborn
Daniel A. Osborn
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:    212-725-9800
Facsimile:    212-500-5115
dosborn@osbornlawpc.com

cc: Kristina Danielle Cohn, Esq. (by ECF)