**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
 PHILECIA KERRIE CROSBIE,

                           Plaintiff,                    25 **CIVIL** 05211 (SDA)

      -v-                                   **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                           Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated May 11, 2026, the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, for further administrative proceedings, including offering the plaintiff an opportunity for a new hearing, and a new decision pursuant to the fourth sentence of 42 U.S.C. § 405(g). See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:**  New York, New York

    May 11, 2026

                                      **TAMMI M. HELLWIG**
                                      **Clerk of Court**

                    **BY:**

                               _____
                                    **Deputy Clerk**